```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 26777
   GLORIA J JORDAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7147


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/06/2005 and was confirmed 09/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/19/2007.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
R & R COUNTRY MOTORS INC SECURED            1500.00              .00         460.72
R & R COUNTRY MOTORS INC UNSECURED       NOT FILED               .00            .00
R & R COUNTRY MOTORS INC SECURED             575.00              .00         162.38
R & R COUNTRY MOTORS INC UNSECURED       NOT FILED               .00            .00
COUNTRYWIDE HOME LOAN    CURRENT MORTG   15736.38                .00       15736.38
COUNTRYWIDE HOME LOAN    MORTGAGE ARRE   11757.66                .00        3351.42
INTERNAL REVENUE SERVICE PRIORITY         3595.68                .00            .00
BANKFIRST                UNSECURED        NOT FILED              .00            .00
CAPITAL ONE              UNSECURED         1620.54               .00            .00
DIRECT MERCHANTS BANK    UNSECURED        NOT FILED              .00            .00
FINGERHUT CREDIT ADVANTA UNSECURED         2287.33               .00            .00
B-LINE LLC               UNSECURED         1066.19               .00            .00
LONDON FINANCIAL GROUP   UNSECURED        NOT FILED              .00            .00
MERRICK BANK             UNSECURED         1072.01               .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED             .00               .00            .00
B-LINE LLC               UNSECURED         3527.45               .00            .00
INTERNAL REVENUE SERVICE UNSECURED           25.21               .00            .00
LEGAL DEFENDERS PC       DEBTOR ATTY      1,900.00                          1,900.00
TOM VAUGHN               TRUSTEE                                            1,216.10
DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             22,827.00

PRIORITY                                          .00
SECURED                                     19,710.90
UNSECURED                                         .00
ADMINISTRATIVE                               1,900.00
TRUSTEE COMPENSATION                         1,216.10

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 26777 GLORIA J JORDAN
```

```
DEBTOR REFUND                                                            .00
                                        ----------------    ----------------
TOTALS                                         22,827.00           22,827.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 10/23/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```